No. 108, Misc. THOMAS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *R. Eugene Pincham* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 110, Misc. WHITTINGTON *v.* CAMERON, HOSPITAL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 111, Misc. LEAK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 112, Misc. CERRANO *v.* FLEISHMAN, CUSTOMS AGENT, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Edward Berlin* for respondents.

No. 113, Misc. MYARTT *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 118, Misc. VAUGHN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 119, Misc. RICHMOND *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.